[No. 18897.  *En Banc.*  November 7, 1925.]

WILLIAM HEATON, SR., *Respondent*, v. WILLIAM H. SMITH *et al.*,
*Appellants.*[1]

Appeal from a judgment of the superior court for Spokane county,
Lindsley, J., entered February 25, 1924, in favor of the plaintiffs,
notwithstanding the verdict of a jury rendered in favor of the de-
fendants, in a landlord's action to recover possession of leased
premises. Reversed.

*W. D. Scott* and *R. L. Campbell*, for appellants.
*Randall & Danskin*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
adhere to the opinion heretofore filed herein, and reported in 134
Wash. 450, 235 Pac. 958. The judgment is reversed and the cause
remanded with directions to set aside the judgment already entered
and pass upon the respondent's motion for a new trial.

––––––––––

[No. 19464.  Department One.  November 9, 1925.]

M. W. WITNER, *Respondent*, v. TWIN CITIES DAIRY COMPANY,
*Appellant.*[2]

Appeal from a judgment of the superior court for Grays Harbor
county, Campbell, J., entered February 24, 1925, upon findings in
favor of the plaintiff, in an action on contract, tried on the merits
to the court. Affirmed.

*F. L. Morgan*, for appellant.
*W. H. Abel*, for respondent.

FULLERTON, J.—This appeal involves the question presented in
*Flury v. Twin Cities Dairy Co., ante* p. 462, 240 Pac. 900. For the
reasons therein stated it will stand affirmed.

HOLCOMB, ASKREN, and MITCHELL, JJ., concur.

[1]Reported in 240 Pac. 362.
[2]Reported in 240 Pac. 901.